CC: USPO, USM-ED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>GILBERTO MARTINEZ-GARCIA,<br><br>         Defendant. | Case No. EDCR 20-00160-JGB<br><br>JUDGMENT AND COMMITMENT ORDER FOLLOWING REVOCATION OF SUPERVISED RELEASE |

      This matter arises from a judgment issued by the Southern District of California. Pursuant to 18 U.S.C. § 3605, jurisdiction of the supervised releasee was transferred to the Central District of California on September 1, 2020.

      On March 28, 2022, and June 13, 2022, the matter came on for hearing on the Petitions fMor Revocation of Supervised Release ("Petitions"), filed on September 3, 2021 and January 18, 2022.  Deputy Federal Public Defender Luisa Tamez appeared on behalf of the Defendant.  Assistant United States Attorney Tritia Yuen appeared for the Government.  U.S. Probation Officer Ferreol Vidana was also present.  Defendant was informed of the Allegations as set forth in the Petitions.  Defendant acknowledged receiving a copy of the Petitions, and thereafter on March 28, 2022 admitted allegations One, Five, Eight, and on June 13, 2022, admitted allegations Three and Four as alleged in the Petitions.

      //

      The Court found that Defendant violated the terms and conditions of his Supervised Release as set forth in the Judgment and Probation/Commitment Order of the United States District Court for the Southern District of California, imposed on March 27, 2017 and proceeded with sentencing.

      IT IS THE JUDGMENT OF THE COURT, that Supervised Release is hereby revoked.  Defendant Gilberto Martinez-Garcia is hereby committed to the custody of the Bureau of Prisons for a term of TIME SERVED.  Upon release from confinement Defendant is placed on Supervised Release for a term of 12 months, upon the same terms and conditions originally imposed, with the following additional conditions:

1. The Defendant shall comply with the rules and regulations of the United States Probation and Pretrial Services Office and Second Amended General Order 20-04.
2. The Defendant shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath or sweat patch testing, as directed by the Probation Officer.  The Defendant shall abstain from using alcohol and illicit drugs, and from abusing prescription medications during the period of supervision.
3. The Defendant shall refrain from any unlawful use of a controlled substance.  The Defendant shall submit to one drug test within 15 days of release and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the Probation Officer.

///
///
///
///
///
///
///

1  Allegations Two, Six and Seven are dismissed in the interest of justice.
2  Defendant is ordered released forthwith.  Release order was issued.
3  Defendant was informed of his right to appeal.

DATED:  June 15, 2022

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

CLERK, U.S. DISTRICT COURT

By: _____
Tanisha Carrillo, Courtroom Deputy

3